IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dean C. Oblinger,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of
Social Security,

    Defendant.

Case No. 2:11-cv-623

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 18, 2012. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **SUSTAINED** to the extent that this case is remanded to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g), sentence four.

    **IT IS SO ORDERED.**

_5-10-2012_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE