AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**DEAN C. OBLINGER,**

    **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-11-623**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed May 10, 2012, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), sentence four.**

Date: May 10, 2012                                        JAMES BONINI, CLERK

                                                                 /S/ Andy F. Quisumbing
                                                                 (By) Andy F. Quisumbing
                                                                 Courtroom Deputy Clerk